**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JANET L. STRAWN,** | § | |
| | § | |
| | § | **CIVIL ACTION NO.  6:20-CV-00279-JCB** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CAC FINANCIAL CORP.,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Joseph S. Davidson and Mohammed O. Badwan's (collectively "Plaintiff's counsel") motion to withdraw as counsel (Doc. No. 12). Plaintiff's counsel states that they have made numerous attempts to communicate with Plaintiff and that Plaintiff is unresponsive. *Id.* Counsel contends that as a result they cannot adequately represent Plaintiff. *Id.*

The Court **DEFERS** ruling on the motion (Doc. No. 12) at this time and hereby sets the motion (Doc. No. 12) for hearing at the court's scheduling conference set for **August 20, 2020 at 2:00 P.M**. The scheduling conference is hereby **RESET** for appearance by **telephone**. The parties, including Plaintiff, are to call 877-336-1839, Access Code 3698822, followed by the #. Plaintiff's telephonic appearance is required at the scheduling conference to discuss how Plaintiff intends to proceed with this case, the representation of counsel, and whether Plaintiff desires to proceed *pro se*. The Clerk shall mail a copy of this Order to Plaintiff at:

> **Janet L. Strawn**
> **200 McBride Street**
> **Como, Texas 75431**

Plaintiff's counsel shall email a copy of this Order to Plaintiff at her current email address of record. The parties need not submit proposed scheduling documents in this matter until further order of the court when the issue of representation has been resolved. Failure to otherwise comply with this Order may result in dismissal of this action.

**So ORDERED and SIGNED this 11th day of August, 2020.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE