UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00279

**Janet Strawn,**
*Plaintiff,*

v.

**CAC Financial Corp.,**
*Defendant.*

## ORDER

On May 22, 2020, plaintiff Janet Strawn filed a complaint against defendant CAC Financial Corp. alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*, and the Texas Debt Collection Act ("TDCPA"), Tex. Fin. Code Ann. § 392 *et seq.* Doc. 1. Her case was referred to United States Magistrate Judge John D. Love. Doc. 5. On July 2, 2020, plaintiff was ordered to show cause why her case should not be dismissed for want of prosecution. Doc. 7. Though she was granted an extension of time in which to respond, plaintiff failed to comply. *See* Doc. 9.

On October 9, 2020, Judge Love issued a report recommending that this action be dismissed without prejudice for failure to comply with a court order and failure to prosecute. Doc. 18. A copy of this report and recommendation was served on defendant via the court's CM/ECF electronic filing system and served on plaintiff via certified mail. Plaintiff acknowledged receipt of the report and recommendation on October 15, 2020. Doc. 19.

Plaintiff did not object to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Finding that it contains no clear error, the court **accepts** the magistrate judge's report and recommendation. Doc. 18. Plaintiff's claims are **dismissed without prejudice** for failure to comply with a court order and failure to prosecute.

*So ordered by the court on November 5, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge