UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00279

**Janet Strawn,**
*Plaintiff,*

v.

**CAC Financial Corp.,**
*Defendant.*

## FINAL JUDGMENT

The court, having considered plaintiff's case and rendered its decision by separate opinion, hereby **enters** judgment that plaintiff's complaint is **dismissed without prejudice**. The clerk of court is **directed** to close the case.

*So ordered by the court on November 5, 2020.*

J. Campbell Barker
United States District Judge